Joseph R. FRAZER; Wayne K. Taylor, Plaintiffs—Appellees,

v.

A. Corwin TAYLOR, Defendant—Appellant,

and

D.T.T. Incorporated; Vincent R. Smith, Sr., Defendants.

No. 04–1043.

United States Court of Appeals, Fourth Circuit.

Submitted May 13, 2004.

Decided May 18, 2004.

A. Corwin Taylor, Appellant pro se. Nathaniel Macon Collier, III, Colonial Heights, Virginia, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

A. Corwin Taylor seeks to appeal the district court's orders remanding the civil action against him to state court for lack of federal jurisdiction and denying his subsequent motion to vacate the remand order. The district court's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Taylor's motions to proceed in forma pauperis and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*